# UNITED STATES DISTRICT COURT
## FOR THE
### District of New Jersey

KARRE
Plaintiff,

v.

   Case No.:
2:26-cv-06421

Magistrate Judge Sharon A. King

E*TRADE SECURITIES
LLC et al

Defendant.

## PLAINTIFFS' RULE 7.1.1 CERTIFICATION

This is to certify that Plaintiff does and did not receive any litigation funding as set forth in Local Rule 7.1.1.

Lawrence A. Katz, Esquire

LAWRENCE A. KATZ
Counsel for Plaintiff

**New Jersey Office**

525 Route 73 North
Suite 104
Marlton, NJ 08052
Phone: 856.652.2000 Ext. 497
Fax: 856.375.1010
Lawrence.Katz@LLGNational.com