**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

PREMNATH KARRE,

                    Plaintiff,

          v.

E*TRADE SECURITIES LLC;          CASE NO.:   2:26-cv-06421
MORGAN STANLEY; BANK
OF AMERICA, N.A.; JOHN
DOES 1-10 (fictitious entities);
and ABC BUSINESS ENTITIES
1-10
(fictitious entities);

                    Defendants.

_____

_

### PLAINTIFF'S MOTION TO ADMIT ROBERT S. MACTAVISH *PRO HAC VICE*

Plaintiff moves this Court for an Order admitting Robert S. Mactavish as co-counsel *pro hac vice*, and avers:

1.     Robert S. Mactavish is licensed to practice law in Florida (2002), the Southern District Court of Florida (2025), the Middle District Court of Florida (2025), the Northern District Court of Florida (2025), and the Western District Court of Texas (2026).

2.     Robert S. Mactavish practices law at the firm of Lento Law Group, 3003 N. Central Avenue Suite 685, Phoenix, Arizona 85012.

3.     Plaintiff believes his interests will be advanced if Robert S. Mactavish serves as co-counsel.

4.     Lawrence Katz, Esq. is a member in good standing of the New Jersey State Bar and will be the responsible attorney in this matter.

5.     The admission fee of $150 has been paid.

**6.** Robert S. Mactavish's Verified Statement is attached as Exhibit A.

WHEREFORE, the Plaintiff moves this Court for an Order admitting Robert S. Mactavish as co-counsel, *pro hac vice*, to represent Plaintiff.

Dated:

/s/   *Lawrence A. Katz, Esq.*
LAWRENCE A. KATZ
LLG NATIONAL LAW FIRM
Counsel for Plaintiff
525 Route 73 North
Suite 104
Marlton, NJ 08052
Phone: 856.652.2000 Ext. 497
Fax: 856.375.1010
Lawrence.Katz@LLGNational.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of to all persons registered.

/s/ *Lawrence A Katz, Esq*
Lawrence A. Katz

2