UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

PREMNATH KARRE,

|  |  |
|---|---|
| Plaintiff,<br>v. | CIVIL ACTION<br>CASE NO.: 2:26-cv-06421 |

E*TRADE SECURITIES
LLC; MORGAN STANLEY;
BANK OF AMERICA, N.A.;
JOHN DOES 1-10 (fictitious
entities); and ABC
BUSINESS ENTITIES 1-10
(fictitious entities);

Defendants.

_____/

## VERIFIED STATEMENT OF APPLICATION OF ROBERT S. MACTAVISH IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE*

|  |  |
|---|---|
| County of Taos | ) |
|  | ) |
| State of New Mexico | ) |

I, Robert S. Mactavish, state under penalty of perjury:

1.   I seek the Court's leave to appear as co-counsel in Premnath Karre v. E*Trade Securities LLC; Morgan Stanley; Bank of America, N.A.; John Does 1-10 (fictitious entities); and ABC Business Entities 1-10 (fictitious entities), Civil Action No.: 2:26-cv-06421.

2.   I am admitted to practice in Florida (2002). The disciplinary authority in this state is:

(a)   The Florida Bar, 651 E. Jefferson St., Tallahassee, FL 32399-2300;

3.   I am a member in good standing of the bar of Florida (Florida Bar Number 0596388), and have not been disciplined in this jurisdiction within the preceding 24 months.

4.    I am admitted to practice in the Southern District Court of Florida (2025), the Middle District Court of Florida (2025), the Northern District Court of Florida (2025), and the Western District Court of Texas (2026).

5.    I agree to comply with the Court's rules and regulations.

ROBERT S. MACTAVISH
Phoenix Corporate Tower
3003 N. Central Avenue Suite 685
Phoenix, AZ 85012
(T) 575-517-6542
robert.mactavish@llgnational.com

Subscribed and sworn to before me this __4__ day of June, 2026. Identified by Driver's License # 521510803 .

Notary Public

State of New Mexico
Notary Public
Barbara Trujillo
Commission Number 1079686
Expiration Date 01-05-2028