**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

PREMNATH KARRE,

      Plaintiff,               CIVIL ACTION
      v.                    CASE NO.:
                            2:26-cv-06421

E*TRADE SECURITIES LLC;
MORGAN STANLEY; BANK
AMERICA, N.A.; JOHN DOES
10 (fictitious entities); and ABC
BUSINESS ENTITIES 1-10
(fictitious entities);

      Defendants.
_____/

## ORDER

      AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that

Robert S. Mactavish may appear *pro hac vice*.

                                _____
                                  UNITED STATES DISTRICT JUDGE