<u>VERIFICATION</u>

Lawrence A. Katz, Esquire, counsel for Plaintiff(s), does hereby verify that the facts set forth in the foregoing pleading are true and correct to the best of his knowledge, information and belief.

                                      <u>s/ Lawrence A. Katz</u>
                                        LAWRENCE A. KATZ

<u>CERTIFICATE OF SERVICE</u>

The foregoing document, that was electronically filed, was electronically served **on the Court's e-file distribution list**.

                                        <u>s/ Lawrence A. Katz</u>
                                        LAWRENCE A. KATZ