**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

PREMNATH KARRE,

        Plaintiff,

        v.

E*TRADE SECURITIES LLC;
MORGAN STANLEY; BANK
AMERICA, N.A.; JOHN DOES
10 (fictitious entities); and ABC
BUSINESS ENTITIES 1-10
(fictitious entities);

        Defendants.

_____

Hon. William J. Martini, U.S.D.J.
Hon. Cari Fais, U.S.M.J.

Case No. 2:26-cv-06421

**ORDER GRANTING ADMISSION**
**PRO HAC VICE OF**
**ROBERT S. MACTAVISH, ESQ.**

    **THIS MATTER** having been brought before the Court upon motion of Plaintiff Premnath Karre, (Dkt. No. 7), for admission *pro hac vice* of Robert S. Mactavish, Esq. in the within matter pursuant to Local Civil Rule 101.1(c); and for good cause shown,

    **IT IS, on this 11th day of June, 2026, hereby**

    **ORDERED** that Plaintiff's motion, (Dkt. No. 7), is **GRANTED**; and it is further

    **ORDERED** that Robert S. Mactavish, Esq. is admitted *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and it is further

    **ORDERED** that Robert S. Mactavish, Esq. is required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the U.S. District Court for the District of New Jersey; and it is further

    **ORDERED** that Robert S. Mactavish, Esq. shall notify the Court immediately of any matter affecting his standing at the bar of any other court; and it is further

    **ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney at law employed by the law firm of LLG National NJ P.C., said attorney being authorized to practice in the U.S. District Court for the District of New Jersey, who shall be held responsible for them and for the conduct of the matter and of Robert S. Mactavish, Esq.; and it is further

**ORDERED** that, pursuant to N.J. Court Rule 1:21-2(a), counsel for the moving party shall provide a copy of this Order to the N.J. Lawyers' Fund for Client Protection, and further that Robert S. Mactavish, Esq. shall make payment, or cause payment to be made, to the N.J. Lawyers' Fund for Client Protection as provided in N.J. Court Rule 1:28-2(a) within thirty (30) days of the date of entry of this Order for this calendar year (if such payment for this calendar year has not already been made), and shall continue to make payment, or cause such payment to be made, for each calendar year in which he continues to represent Plaintiff before this Court; and it is further

**ORDERED** that, pursuant to Local Civil Rule 101.1(c)(3), Robert S. Mactavish, Esq. shall make payment of $250.00, or cause such payment to be made, to the Clerk of the U.S. District Court for the District of New Jersey.

**SO ORDERED.**

*/s/ Cari Fais*
HON. CARI FAIS, U.S.M.J.

2