Case 2:26-cv-06421-WJM-CF    Document 9    Filed 06/11/26    Page 1 of 1 PageID: 36

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 6-9-2026 |
|---|---|
| NAME OF SERVER *(PRINT)* Scott Nazworth | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____ ; or

☐ Returned unexecuted: _____ _____ ; or

☑ Other (specify): Served Bank of America. Person served was David Wallace. He's the Financial Center Manager. The address is 100 N. Tryon St #170 Charlotte, NC 28202

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 75.00 | TOTAL 75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6-9-2026__
Date

_____
Signature of Server

101 Arden Farm Ct Mt. Hlly, NC 28120
Address of Server