Philip A. Goldstein
Shan P. Massand
MᴄGᴜɪʀᴇWᴏᴏᴅs LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2100
pagoldstein@mcguirewoods.com
smassand@mcguirewoods.com
*Attorneys for Defendant Bank of America, N.A.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

-------------------------------------------------------- X

| | | |
|---|---|---|
| PREMNATH KARRE, | : | Case No. 2:26-cv-06421-WJM-CF |
| | : | |
| Plaintiff, | : | |
| v. | : | **BANK OF AMERICA, N.A.'S** |
| | : | **NOTICE OF MOTION TO** |
| E*TRADE SECURITIES LLC; | : | **DISMISS PLAINTIFF'S** |
| MORGAN STANLEY;  BANK OF | : | **COMPLAINT PURSUANT TO** |
| AMERICA, N.A.; JOHN DOES 1-10; and | : | **FEDERAL RULE OF CIVIL** |
| ABC BUSINESS ENTITIES 1-10, | : | **PROCEDURE 12(b)(6)** |
| | : | |
| Defendants. | : | **Motion Date: August 17, 2026** |
| | : | |

-------------------------------------------------------- X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of

Law, the Declaration of Philip A. Goldstein and the exhibit(s) annexed thereto, and

upon all prior pleadings and proceedings in this action, Defendant Bank of America,

N.A. ("BANA") by and through its undersigned attorneys and in lieu of filing an

Answer to Plaintiff's Complaint, shall move this Court before the Honorable

William J. Martini, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse

located at 50 Walnut Street, Newark, New Jersey 07102, Courtroom MLK 4B, on

1

August 17, 2026, or as soon thereafter as counsel may be heard, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) granting BANA's motion to dismiss Plaintiff's Complaint in its entirety with prejudice for failure to state a claim upon which relief can be granted respectively, and for such other, further or different relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that oral argument is requested if this Motion is opposed, pursuant to Local Civil Rule 78.1(b); and

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached hereto.

Dated:    New York, New York
          July 14, 2026

Respectfully Submitted,

MCGUIREWOODS LLP

By:    /s/ Philip A. Goldstein
       Philip A. Goldstein
       Shan P. Massand
       MCGUIREWOODS LLP
       1251 Avenue of the Americas, 20th Floor
       New York, NY 10020-1104
       Telephone: (212) 548-2100
       Fax: (212) 548-2150
       Email: pagoldstein@mcguirewoods.com
              smassand@mcguirewoods.com

       *Attorneys for Defendant Bank of America, N.A.*

2