Philip A. Goldstein, Esq.
Shan P. Massand, Esq.
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2100
pagoldstein@mcguirewoods.com
smassand@mcguirewoods.com
*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PREMNATH KARRE, | Case No. 2:26-cv-06421-WJM-CF |
| Plaintiff, | |
| v. | **DECLARATION OF PHILIP A. GOLDSTEIN IN SUPPORT OF DEFENDANT BANK OF AMERICA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. 12(b)(6)** |
| E*TRADE SECURITIES LLC; MORGAN STANLEY;  BANK OF AMERICA, N.A.; JOHN DOES 1-10; and ABC BUSINESS ENTITIES 1-10, | |
| Defendants. | **Motion Date: August 17, 2026** |

I, Philip A. Goldstein, hereby declare as follows:

1.    I am counsel with the law firm McGuireWoods LLP, attorneys for Defendant Bank of America, N.A., improperly sued herein as Bank of America Corporation ("BANA"), in the above-captioned action.  As counsel for BANA, I am familiar with the pleadings, facts, and circumstances in this action.

2.    Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiff's Complaint.  (*See also* ECF No. 1.)

1

3.      Attached hereto as **Exhibit B** are copies of the unreported cases cited in BANA's accompanying memorandum of law.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:    New York, New York
          July 14, 2026

                                        */s/ Philip A. Goldstein*
                                        Philip A. Goldstein

2