**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------- X

PREMNATH KARRE,

                     Plaintiff,

     v.

E*TRADE SECURITIES LLC; MORGAN STANLEY;  BANK OF AMERICA, N.A.; JOHN DOES 1-10; and ABC BUSINESS ENTITIES 1-10,

                Defendants.

------------------------------------------------------- X

:  Case No. 2:26-cv-06421-WJM-CF

:

:  **[PROPOSED] ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL <u>PROCEDURE 12(b)(6)</u>**

:  **Motion Day: August 17, 2026**

**THIS MATTER**, having been brought before the Court by Philip A. Goldstein and Shan P. Massand, counsel for Defendant Bank of America, N.A. ("BANA"), for an Order granting BANA's Motion to Dismiss Plaintiff's Complaint in the above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court having considered all motion papers on file and the arguments of counsel, and for good cause shown,

**IT IS, ON THIS \_\_\_ DAY OF _____, 20\_\_\_, ORDERED AND ADJUDGED** as follows:

    1.    BANA's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is hereby **GRANTED** and the Complaint is hereby

dismissed in its entirety with prejudice.

_____
Hon. William J. Martini
United States District Judge

☐ Motion Opposed
☐ Motion Unopposed

Appearances By:

2