Philip A. Goldstein
Shan P. Massand
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2100
pagoldstein@mcguirewoods.com
smassand@mcguirewoods.com
*Attorneys for Defendant Bank of America, N.A.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------- X

| | | |
|---|---|---|
| PREMNATH KARRE, | : | Case No. 2:26-cv-06421-WJM-CF |
| | : | |
| Plaintiff, | : | |
| | : | **CERTIFICATE OF SERVICE** |
| v. | : | |
| | : | |
| E*TRADE SECURITIES LLC; | : | **Motion Day: August 17, 2026** |
| MORGAN STANLEY;  BANK OF | : | |
| AMERICA, N.A.; JOHN DOES 1-10; and | : | |
| ABC BUSINESS ENTITIES 1-10, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------- X

I, PHILIP A. GOLDSTEIN, hereby certify that on this 14th day of July, 2026,

I caused a true and correct copy of Defendant Bank of America, N.A.'s ("BANA"):

- Notice of Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6);

- Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6);

- Declaration of Philip A. Goldstein in Support of Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), and the exhibits annexed thereto; and

1

- (Proposed) Order Granting BANA's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)

to be filed electronically with the Clerk of Court via the Court's CM/ECF system, which will cause all parties in this case that are registered to be served by the CM/ECF system, and to be duly served upon the following via email and Federal Express overnight mail, postage prepaid:

Lawrence A. Katz
LLG National Law Group
525 Route 73 North, Suite 104
Marlton, NJ 08052
lawrence.katz@llgnational.com

Robert S. Mactavish
Lento Law Group
3003 N. Central Ave, Suite 685
Pheonix, AZ 85012
robert.mactavish@llgnational.com

*Counsel for Plaintiff Premnath Karre*

Dated:   New York, New York
         July 14, 2026

                              */s/ Philip A. Goldstein*
                              Philip A. Goldstein
                              Shan P. Massand
                              MCGUIREWOODS LLP
                              1251 Avenue of the Americas, 20th Floor
                              New York, NY 10020-1104
                              Telephone: (212) 548-2100
                              Email: pagoldstein@mcguirewoods.com
                                     smassand@mcguirewoods.com
                              *Attorneys for Defendant Bank of America, N.A.*

2