Case No. 2:26-cv-06421-WJM-CF

**CERTIFICATION OF ROBERT S. MACTAVISH**

I, Robert S. Mactavish, am counsel of record for Plaintiff Premnath Karre and have been admitted pro hac vice in this action. I certify the following based on my personal knowledge:

1. BANA filed its motion to dismiss on July 14, 2026. ECF No. 16.

2. The Clerk set the motion for August 17, 2026, making Plaintiff's opposition due August 3, 2026 under Local Civil Rule 7.1(d)(2).

3. In the period leading up to the response deadline, the firm experienced unexpected internal staffing losses that required active matters and calendaring responsibilities to be redistributed.

4. During that restructuring, responsibility for this matter was reassigned, but the August 3 response deadline was not transferred into the reassigned matter workflow and was inadvertently overlooked.

5. The omission came to counsel's attention on August 14, 2026, during a review of pending matters. Counsel immediately prioritized the response and undertook preparation of the opposition and this request for leave.

6. This was an isolated administrative oversight during a staffing transition. The delay was not intended to gain a tactical advantage, and Plaintiff has acted in good faith.

7. The motion to dismiss remains pending. No trial date or discovery deadline will be affected by the requested relief.

I certify under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 15, 2026



Robert S. Mactavish
*Attorney for Plaintiff (pro hac vice)*