Case No. 2:26-cv-06421-WJM-CF

# [PROPOSED] ORDER

THIS MATTER having come before the Court on Plaintiff Premnath Karre's Motion for Leave to File Opposition Out of Time; and the Court having considered the submissions; and for good cause shown;

IT IS on this ____ day of ____________, 2026, ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that Plaintiff's Opposition to Defendant Bank of America, N.A.'s Motion to Dismiss is deemed filed as of the date of this Order; and it is further

ORDERED that Defendant Bank of America, N.A. may file a reply within seven days after entry of this Order, or within such other period as the Court directs.

________________________________
HON. WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE