CERTIFICATE OF SERVICE

The foregoing document, that was electronically filed, was electronically served **on the Court's e-file distribution list**.

s/ Lawrence A. Katz
LAWRENCE A. KATZ