Philip A. Goldstein, Esq.
Shan P. Massand, Esq.
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2100
pagoldstein@mcguirewoods.com
smassand@mcguirewoods.com
*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PREMNATH KARRE,<br><br>Plaintiff,<br>v.<br><br>E*TRADE SECURITIES LLC; MORGAN STANLEY; BANK OF AMERICA, N.A.; JOHN DOES 1-10; and ABC BUSINESS ENTITIES 1-10,<br><br>Defendants. | Case No. 2:26-cv-06421-WJM-CF<br><br>**DECLARATION OF PHILIP A. GOLDSTEIN IN SUPPORT OF DEFENDANT BANK OF AMERICA'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**Motion Date: September 8, 2026** |

I, Philip A. Goldstein, hereby declare as follows:

1. I am counsel with the law firm McGuireWoods LLP, attorneys for Defendant Bank of America, N.A., improperly sued herein as Bank of America Corporation ("BANA"), in the above-captioned action. As counsel for BANA, I am familiar with the pleadings, facts, and circumstances in this action.

2. Attached hereto as **Exhibit A** are copies of the unreported cases cited in BANA's accompanying memorandum of law.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: New York, New York
August 25, 2026

*/s/ Philip A. Goldstein*
Philip A. Goldstein