Philip A. Goldstein
Shan P. Massand
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2100
pagoldstein@mcguirewoods.com
smassand@mcguirewoods.com
*Attorneys for Defendant Bank of America, N.A.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| PREMNATH KARRE, Plaintiff, | : | Case No. 2:26-cv-06421-WJM-CF |
| v. | : | **CERTIFICATE OF SERVICE** |
| E*TRADE SECURITIES LLC; MORGAN STANLEY; BANK OF AMERICA, N.A.; JOHN DOES 1-10; and ABC BUSINESS ENTITIES 1-10, Defendants. | : | **Motion Date: September 8, 2026** |

I, PHILIP A. GOLDSTEIN, hereby certify that on this 25th day of August, 2026, caused a true and correct copy of Bank of America, N.A.'s (1) Reply Brief in Support of Its Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6); (2) Declaration of Philip A. Goldstein In Support of Bank of America, N.A.'s Reply Brief In Support of Its Motion to Dismiss, and the exhibit(s) annexed thereto; and (3) this Certificate of Service, to be served via email to counsel listed below and filed electronically with the Clerk of Court via the

Court's CM/ECF system, which will cause all parties in this case that are registered to be served by the CM/ECF system:

Robert S. Mactavish
Lawrence A. Katz
Lento Law Group, P.C.
1814 Route 70 East, Suite 323
Cherry Hill, NJ 08003
robert.mactavish@llgnational.com
lawrence.katz@llgnational.com

*Attorneys for Plaintiff Premnath Karre*

Dated: New York, New York
August 25, 2026

*<u>/s/ Philip A. Goldstein</u>*
Philip A. Goldstein
Shan P. Massand
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Telephone: (212) 548-2100
Fax: (212) 548-2150
Email: pagoldstein@mcguirewoods.com
smassand@mcguirewoods.com
*Attorneys for Defendant Bank of America, N.A.*