**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**PREMNATH KARRE,**

Plaintiff,

**v.**

**E*TRADE SECURITIES LLC; MORGAN STANLEY; BANK OF AMERICA, N.A.; JOHN DOES 1-10 (fictitious entities); and ABC BUSINESS ENTITIES 1-10 (fictitious entities),**

Defendants.

No. 2:26-cv-06421-WJM-CF

**ORDER**

**THIS MATTER** comes before the Court on Defendant Bank of America, N.A's Motion to Dismiss Plaintiff's Complaint, ECF No. 16; and for the reasons set forth in the accompanying Opinion; and for good cause appearing;

**IT IS** on this 2 day of ~~September~~ October 2026, hereby,

**ORDERED** that Bank of America, N.A.'s Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff Premnath Karre's negligence claim (Count IV) and conversion claim (Count V) against BANA are **DISMISSED WITHOUT PREJUDICE**.

WILLIAM J. MARTINI, U.S.D.J.